UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARAG G. PATIL, M.D., Ph.D.,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,

    Defendant.

Case No. 2:23-cv-10631-MAG-DRG
Hon. Mark A. Goldsmith
Mag. Judge David R. Grand

## STIPULATED ORDER RESETTING DEADLINE FOR RESPONSES TO CERTAIN MOTIONS

WHEREAS, the parties' counsel appeared for a telephonic status conference regarding settlement with Magistrate Judge David R. Grand on November 26, 2024;

WHEREAS, during the call, counsel and Judge Grand discussed the fact that the parties' respective responses to two specific motions would be due while they continue settlement discussions; those responses specifically being to the following Motions:

    Motion to Compel − #65; and
    Motion to Amend/Correct − #66

WHEREAS, the parties have agreed that the responses to said Motions should be reset to December 19, 2024 (one week after the parties' counsel will have their next telephonic status conference regarding settlement);

IT IS HEREBY ORDERED the parties' responses to the above-listed Motions

are due on or before December 19, 2024.

      IT IS SO ORDERED.

s/Mark A. Goldsmith
United States District Judge

Dated: December 5, 2024

Approved as to form and content by:

| | |
|---|---|
| /s/ Sean FitzGerald (w/ consent) | /s/ Jonathon A. Rabin |
| Sean FitzGerald (P45333) | Jonathon A. Rabin (P57145) |
| Cummings, McClorey, Davis | David A. French (P31944) |
| & Acho, P.L.C | Attorney for Defendant |
| Attorney for Plaintiff | 101 W. Big Beaver Road, Suite 745 |
| 17436 College Parkway | Troy, MI 48084 |
| Livonia, MI 48152 | (248) 740-7505 |
| (734) 261-2400 | jrabin@hallrender.com |
| SFitzGerald@cmda-law.com | |

4935-3588-7873v1