## **INDEX OF EXHIBITS**

**Exhibit 1**     Order of Reference to United States Magistrate Judge (Doc. 55)

**Exhibit 2**     Notice of Settlement Conference (Doc. 60)

**Exhibit 3**     Notice of Settlement Conference (Doc. 71)

{02219074-1 }