# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Parag G. Patil,

                          Plaintiff(s),

v.                                              Case No. 2:23-cv-10631-MAG-DRG
                                                         Hon. Mark A. Goldsmith

The Board of Regents of the
University of Michigan, et al.,

                          Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                   s/Mark A. Goldsmith
                                                 Mark A. Goldsmith
                                                 United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/Misty S Neely
                                                 Case Manager

Dated: August 21, 2024