# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARAG G. PATIL,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, ET AL,

    Defendant(s).
_____/

Case No. 23-10631
Honorable George Caram Steeh
Magistrate Judge David R. Grand

## NOTICE OF SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Monday, October 28, 2024, at 9:30 a.m.** before U.S. Magistrate Judge David R. Grand , at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Thursday, October 24, 2024, at 4:30 p.m.** Each party's confidential statement should be emailed directly to Chambers at efile_grand@mied.uscourts.gov and *is not to be filed with the Court or placed on the docket.*

    Dated: September 4, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2024, by electronic and/or ordinary mail.

                                        s/Eddrey O. Butts
                                        Case Manager, (734) 741-2484