# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARAG G. PATIL,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, ET AL,

    Defendant(s).
_____/

Case No. 23-10631
Honorable Susan K. DeClercq
Magistrate Judge David R. Grand

## NOTICE OF SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Thursday, January 23, 2025, at 9:30a.m.** before U.S. Magistrate Judge David R. Grand, at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Tuesday, January 21, 2025, at 4:30 p.m.** Each party's confidential statement should be emailed directly to Chambers at efile_grand@mied.uscourts.gov and *is not to be filed with the Court or placed on the docket.*

Dated: December 13, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 13, 2024, by electronic and/or ordinary mail.

                                    s/Eddrey O. Butts
                                    Case Manager, (734) 741-2484