UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARAG G. PATIL, M.D., Ph.D.,

              Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, ET AL.,

              Defendants.
_____/

Civil Action No. 23-10631

Mark A. Goldsmith
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS (ECF No. 81)

Before the Court is plaintiff Parag G. Patil, M.D., Ph.D.'s motion for sanctions. (ECF No. 81). The motion was fully briefed (ECF Nos. 87, 89), and the Court heard oral argument on February 24, 2025. For the detailed reasons explained on the record, **IT IS ORDERED** that Plaintiff's motion **(ECF No. 81)** is **DENIED**. However, because the Court finds that an additional settlement conference conducted pursuant to the Court's instructions at the hearing may aid the parties in resolving the case, the Court will schedule a settlement conference to take place in the near future.

      **IT IS SO ORDERED.**

Dated: February 25, 2025
Ann Arbor, Michigan

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 25, 2025.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager