UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARAG G. PATIL, M.D., Ph.D.,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,

    Defendant.

Case No. 2:23-cv-10631-MAG-DRG
Hon. Mark A. Goldsmith
Mag. Judge David R. Grand

## **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the parties agree to dismissal of this action, with prejudice, and without costs or attorney's fees to any party;

IT IS HEREBY ORDERED that this action is this dismissed, with prejudice, and without costs or attorney's fees to any party.

IT IS SO ORDERED.

Dated:  May 7, 2025
        Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

|  |  |
|---|---|
|  | Approved as to form and content by: |
| /s/ Ronald G. Acho (w/ consent) | /s/ Jonathon A. Rabin |
| Ronald G. Acho (P23913) | Jonathon A. Rabin (P57145) |
| Cummings, McClorey, Davis & Acho, P.L.C | Attorneys for Defendant |
| Attorneys for Plaintiff | 101 W. Big Beaver Rd., Suite 745 |
| 17436 College Parkway | Troy, MI 48084 |
| Livonia, MI 48152 | (248) 740-7505 |
| (734) 261-2400 | jrabin@Hallrender.com |
| racho@cmda-law.com |  |

4897-0037-3053v1